UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD J. ALLISON,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. DISTRICT COURTS, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-01604-RFB-EJY<br><br>**ORDER** |

  Before the Court for consideration is the Report and Recommendation [ECF No. 6] of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered November 3, 2021.

  A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 17, 2021.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

   **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 6] is ACCEPTED and ADOPTED in full.

   **IT IS FURTHER ORDERED**  that this matter is dismissed without prejudice for failure to comply with this Court's September 3, 2021 Order.

   DATED: January 27, 2022.

                         _____
                          **RICHARD F. BOULWARE, II**
                          **United States District Judge**